# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BENTLEY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RICK RACKLEY, Warden,<br><br>　　　　Respondent. | CASE NO. 2:17-cv-00901-JVS (SK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Dismissing Petition, **IT IS ADJUDGED** that the Petition and this action are hereby DISMISSED.

DATED: March 24, 2017

　　　　　　　　　　　　　　　　HON. JAMES V. SELNA
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE